# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

FILED

VENUE: SAN FRANCISCO

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

## CR19 · 0226 RS

LORENZO LEE,
a/k/a "O.G.," et al.

DEFENDANT(S).

---

# INDICTMENT

VIOLATIONS:  21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Two Counts); 21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances (Seven Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substances (Eight Counts); 21 U.S.C. § 856(a)(2) – Maintaining Drug-Involved Premises; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
_____ Foreman

Filed in open court this __14__ day of

__MAY 2019,__ –

_____
_____ Clerk

Bail, $ _____

_____
SALLIE KIM
United States Magistrate Judge

NO BAIL ARREST WARRANT

McCoy, Polk,
Martinez-Diaz, Alvarado,
Lopez, Torres-Garcia, Aguilar-Pacheco

**NO PROCESS**

L. Lee, Jose Delgadillo,
Max Delgadillo,
D. Gauhos,
T. People, A. Sun

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

See attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

*FILED*

*MAY 14 2019*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

*RS*

### DEFENDANT - U.S

▶ LORENZO LEE, a/k/a "O.G."

DISTRICT COURT NUMBER

CR19   0226

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court,
give name of court

Northern District of California

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} 3-19-70654

Name and Office of Person
Furnishing Information on this form       AUSA Ryan Rezaei

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Casey Boome/Ryan Rezaei

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?   ☐ No

} If "Yes"
give date
filed

DATE OF
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY

Month/Day/Year ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:



FILED

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PENALTY SHEET

The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

*FILED*

*MAY 1 4 2019*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

FILED

MAY 1 4 2019

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFOR~IA

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    <u>Count 8</u>: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tepa"
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    <u>Count 17</u>: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing  a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    <u>Count 18</u>: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18



FILED

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RS

DEFENDANT - U.S

▶ JEFFREY MCCOY

DISTRICT COURT NUMBER

None

CR19   0226

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

3-19-70649

Name and Office of Person Furnishing Information on this form       AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)       Casey Boome/Ryan Rezaei

**DEFENDANT**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes        If "Yes"
been filed?    ☐ No         give date filed

DATE OF       Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

PENALTY SHEET



The defendants are charged as follows:

1.  LORENZO LEE, a/k/a "O.G."

    **CR19⸺0226**

    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
    Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

2.  JEFFREY MCCOY
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3.  ANTHONY BROWN, a/k/a "Ant Man"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

**CR19 0226**

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tepa"                **CR19      0226**
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing  a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible D...
7. Forfeiture



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

**CR19    0226    RS**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

See attachment

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*
*MAY 14 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

—— DEFENDANT - U.S ——

▶ ANTHONY BROWN, a/k/a "Ant Man"

DISTRICT COURT NUMBER

None

**CR19      0226**

*RS*

—— DEFENDANT ——

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court, give name of court

Northern District of California

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

3-19-70652

Name and Office of Person Furnishing Information on this form        AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)        Casey Boome/Ryan Rezaei

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

} If "Yes" give date filed

DATE OF ARREST        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY        Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____        Before Judge: _____

Comments:

PENALTY SHEET

The defendants are charged as follows:

**CR19     0226** 

1. LORENZO LEE, a/k/a "O.G."
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9. JESSE LOPEZ, III
   Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))



**CR19 - 0226**

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs): 
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

**CR19 · 0226**

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

**RS**

**CR19      0226**

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

———— OFFENSE CHARGED ————

See attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: See attachment

———— PROCEEDING ————

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court, give name of court

Northern District of California

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-19-70647

Name and Office of Person Furnishing Information on this form     AUSA Ryan Rezaei

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Casey Boome/Ryan Rezaei

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY 14 2019

———— DEFENDANT - U.S ————

▶ DESHAWNTE GAMBOA

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RS

DISTRICT COURT NUMBER

None  CR19  0226

———— DEFENDANT ————

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction       ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date
                      filed

DATE OF          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

———— ADDITIONAL INFORMATION OR COMMENTS ————

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance       *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

                                          Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET

The defendants are charged as follows:

**CR19 · 0226** 

1. LORENZO LEE, a/k/a "O.G."
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

2. JEFFREY MCCOY
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

   **CR19    0226** 

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of F̶ (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture





Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1.  LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13



2.  JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3.  JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY 14 2019

RS

DEFENDANT - U.S

▶ DEBORAH POLK

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
None

CR19     0226

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Casey Boome/Ryan Rezaei

─── DEFENDANT ───

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal   ☐ State

    If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                         filed

DATE OF           Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount:
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

PENALTY SHEET

The defendants are charged as follows:

**CR19     0226**



1. LORENZO LEE, a/k/a "O.G."
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 2</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 3</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 5</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 6</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))



5. DEBORAH POLK                    CR19 ⋯ ⋯ 0226
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
(b)(1)(B))
Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
§§ 841(a)(1) and (b)(1)(A))
Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
(b)(1)(B))

7. MAGO AGUILAR-PACHECO
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
(b)(1)(A))
Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
(b)(1)(B))
Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
§§ 841(a)(1) and (b)(1)(A))
Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    <u>Count 8</u>: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

**CR19   0226** 

10. JOSE DELGADILLO, a/k/a "Tepa"
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    <u>Count 17</u>: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    <u>Count 18</u>: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Poss 
7. Forfeiture

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

**CR19 ' 0226**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

See attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ EVAN MARTINEZ-DIAZ

DISTRICT COURT NUMBER

None

CR19   0226   RS

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   } 3:19-70650

Name and Office of Person Furnishing Information on this form   AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Casey Boome/Ryan Rezaei

### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
   ☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."  
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 2</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 3</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 5</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 6</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9. JESSE LOPEZ, III
   Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tepa"

**CR19    0226**
**RS**

   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
   Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
   Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
   Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing  a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18 **RS**

**CR19    0226**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

See attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

*MAY 14 2019*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

— DEFENDANT - U.S —

▶ MAGO AGUILAR-PACHECO

DISTRICT COURT NUMBER

None

*RS*

CR19   0226

— DEFENDANT —

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Casey Boome/Ryan Rezaei

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET



The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 2</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 3</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 5</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 6</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

**CR19        0226**

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9. JESSE LOPEZ, III
   <u>Count 8</u>: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tep"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
   <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
   <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
   <u>Count 17</u>: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 18</u>: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

**CR19    0226**



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 

CR19    0226

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ CESAR ALVARADO

DISTRICT COURT NUMBER
None

*FILED*
*MAY 14 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*RS*

CR19   0226

DEFENDANT

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form   AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Casey Boome/Ryan Rezaei

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
      ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No   give date
filed

DATE OF   ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

PENALTY SHEET

The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."      **CR19 ＦＯ226** 
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. DEBORAH POLK
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 16</u>: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

   **CR19 0226**

6. EVAN MARTINEZ-DIAZ
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 11</u>: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   <u>Count 12</u>: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

**CR19 ᴦ 0226** 

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

**CR19**  ᶠ **0226**

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18



AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

**DEFENDANT - U.S**

MAY 1 4 2019

▶ JESSE LOPEZ, III

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

None

*RS*

CR19    0226

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    AUSA Ryan Rezaei

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Casey Boome/Ryan Rezaei

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET

The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."    **CR19**  **0226**    

   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

2. JEFFREY MCCOY
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 2</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 3</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 5</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 6</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. DEBORAH POLK
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 16</u>: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 11</u>: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   <u>Count 12</u>: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and

CR19   0226

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9. JESSE LOPEZ, III
   Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

**CR19   0226 RS**

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 5, 5, and 18

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

See attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*
*MAY 14 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

**RS**

DEFENDANT - U.S.

▶ JOSE DELGADILLO, a/k/a "Tepa"

DISTRICT COURT NUMBER

None **CR19    0226**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court, give name of court

Northern District of California

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-19-70655

Name and Office of Person Furnishing Information on this form     AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Casey Boome/Ryan Rezaei

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No     If "Yes" give date filed

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:     Before Judge:

Comments:

PENALTY SHEET

The defendants are charged as follows:

1. LORENZO LEE, a/k/a "O.G."
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

2. JEFFREY MCCOY
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
   Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4.  DESHAWNTE GAMBOA
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
    Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5.  DEBORAH POLK
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))
    <u>Count 16</u>: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6.  EVAN MARTINEZ-DIAZ
     **CR19   0226**
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
    <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
    §§ 841(a)(1) and (b)(1)(A))
    <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))

7.  MAGO AGUILAR-PACHECO
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8.  CESAR ALVARADO
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
    <u>Count 11</u>: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
    Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(A))
    <u>Count 12</u>: Possession with Intent to Distribute 100 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))
    <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
    §§ 841(a)(1) and (b)(1)(A))
    <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

 

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture



**CR19    0226**

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

**CR19    0226**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

See attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —

▶ MARCO DELGADILLO, a/k/a "Tonio"

DISTRICT COURT NUMBER
None
CR19   0226   RS

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court, give name of court

Northern District of California

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-19-70645

Name and Office of Person
Furnishing Information on this form   AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Casey Boome/Ryan Rezaei

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed

DATE OF ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

The defendants are charged as follows:

1.  LORENZO LEE, a/k/a "O.G."
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
    §§ 841(a)(1) and (b)(1)(A))
    Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))
    Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))

2.  JEFFREY MCCOY
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
    Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3.  ANTHONY BROWN, a/k/a "Ant Man"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. **DESHAWNTE GAMBOA**
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. **DEBORAH POLK**
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. **EVAN MARTINEZ-DIAZ**
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

7. **MAGO AGUILAR-PACHECO**
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. **CESAR ALVARADO**
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9. JESSE LOPEZ, III
   Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

**CR19      0226**

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture



Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million



3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

**CR19**    **0226**

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18



AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

3-19-70657

Name and Office of Person
Furnishing Information on this form       AUSA Ryan Rezaei

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         Casey Boome/Ryan Rezaei

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ LUIS TORRES-GARCIA, a/k/a "Guero"

DISTRICT COURT NUMBER

None

CR19      0226

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes      If "Yes"
been filed?   ☐ No       give date
filed

DATE OF        Month/Day/Year
ARREST   ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY   ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

FILED
MAY 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RS

PENALTY SHEET

The defendants are charged as follows:

**CR19 · 0226** 

1. LORENZO LEE, a/k/a "O.G."
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

2. JEFFREY MCCOY
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 2</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 3</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 4</u>: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 5</u>: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
   <u>Count 6</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3. ANTHONY BROWN, a/k/a "Ant Man"
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 7</u>: Distribution of 28 Grams and More of a Mixture and Substance Containing Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. **DESHAWNTE GAMBOA**
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 9</u>: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. § 841(a)(1) and (b)(1)(B))

CR19 0226 

5. **DEBORAH POLK**
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   <u>Count 15</u>: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 16</u>: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. **EVAN MARTINEZ-DIAZ**
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. **MAGO AGUILAR-PACHECO**
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. **CESAR ALVARADO**
   <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   <u>Count 11</u>: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   <u>Count 12</u>: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   <u>Count 13</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   <u>Count 14</u>: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

**CR19 ⸱Ｆ 0226 RS**

9. JESSE LOPEZ, III
   Count 8: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

10. JOSE DELGADILLO, a/k/a "Tepa"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    Count 10: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    Count 17: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing  a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 18: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs): 

1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):

1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):

1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1.  LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2.  JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Ant Man," DESHAWNTE GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

**CR19      0226**

3.  JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18



AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

See attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED*
*MAY 14 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

—— DEFENDANT - U.S

▶ TIMOTHY PEOPLES, a/k/a "Tee"

**RS**

DISTRICT COURT NUMBER

None   CR19   0226

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

DEA

☒ person is awaiting trial in another Federal or State Court,
give name of court

Northern District of California

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} 3-19-70662

Name and Office of Person
Furnishing Information on this form      AUSA Ryan Rezaei
        ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Casey Boome/Ryan Rezaei

—— DEFENDANT ——

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed

DATE OF
ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

Comments:

PENALTY SHEET

The defendants are charged as follows:    

1.  LORENZO LEE, a/k/a "O.G."
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
    §§ 841(a)(1) and (b)(1)(A))
    Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
    Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))
    Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
    (b)(1)(B))

2.  JEFFREY MCCOY
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 2: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 3: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 4: Distribution of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 5: Distribution of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    Count 6: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
    Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

3.  ANTHONY BROWN, a/k/a "Ant Man"
    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
    Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
    Count 7: Distribution of 28 Grams and More of a Mixture and Substance Containing
    Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

4. DESHAWNTE GAMBOA
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 9: Distribution of 100 Grams and More of a Mixture and Substance Containing a
   Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

5. DEBORAH POLK
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))
   Count 15: Possession with Intent to Distribute Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 16: Maintaining Drug-Involved Premises (21 U.S.C. § 856(a)(2))

6. EVAN MARTINEZ-DIAZ
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))

7. MAGO AGUILAR-PACHECO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(B))

8. CESAR ALVARADO
   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled
   Substances (21 U.S.C §§ 846 and 841(a)(1) and (b)(1)(A))
   Count 11: Possession with Intent to Distribute Five Kilograms and More of a Mixture and
   Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(A))
   Count 12: Possession with Intent to Distribute 100 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Heroin (21 U.S.C. §§ 841(a)(1) and
   (b)(1)(B))
   Count 13: Possession with Intent to Distribute 500 Grams and More of a Mixture and
   Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C.
   §§ 841(a)(1) and (b)(1)(A))
   Count 14: Possession with Intent to Distribute 500 Grams and More of a Mixture and

Substance Containing a Detectable Amount of Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

9.  JESSE LOPEZ, III
    <u>Count 8</u>: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))



**CR19    0226**

10. JOSE DELGADILLO, a/k/a "Tepa"
    <u>Count 1</u>: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

11. MARCO DELGADILLO, a/k/a "Tonio"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

12. LUIS TORRES-GARCIA, a/k/a "Guero"
    <u>Count 10</u>: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

13. TIMOTHY PEOPLES, a/k/a "Tee"
    <u>Count 17</u>: Possession with Intent to Distribute 28 Grams and More of a Mixture and Substance Containing  a Detectable Amount of Cocaine Base (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
    <u>Count 18</u>: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Penalties associated with Counts 8, 10, 11, and 13 are as follows (A-weight drugs):
1. Imprisonment: Not less than 10 years but up to life
2. Fine: $10 million
3. Supervised Release: Not less than 5 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

**CR19    0226**

Penalties associated with Counts 2, 6, 7, 9, 12, 14, 15, and 17 are as follows (B-weight drugs):
1. Imprisonment: Not less than 5 years and not more than 40 years
2. Fine: $5 million
3. Supervised Release: Not less than 4 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits

**RS**

6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Counts 3, 4, 5, and 18 are as follows (C-weight drugs):
1. Imprisonment: Not more than 20 years
2. Fine: $1 million
3. Supervised Release: Not less than 3 years but up to life
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 16 (Maintaining Drug-Involved Premises)

1. Imprisonment: Not more than 20 years
2. Fine: $500,000
3. Supervised Release: Not more than 3 years
4. Special Assessment: $100
5. Denial of Federal Benefits
6. Immigration Consequences Including Possible Deportation
7. Forfeiture

Penalties associated with Count 1 for Various Defendants (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) (Various Weights)

1. LORENZO LEE, a/k/a "O.G.," EVAN MARTINEZ-DIAZ, MAGO AGUILAR-PACHECO, CESAR ALVARADO – same as those pertaining to Counts 8, 10, 11, and 13

2. JEFFREY MCCOY, ANTHONY BROWN, a/k/a "Jordan," DESHAWN GAMBOA, DEBORAH POLK – same as those pertaining to Counts 2, 6, 7, 9, 12, 14, 15, and 17

3. JOSE DELGADILLO, a/k/a "Tepa" – same as those pertaining to Counts 3, 4, 5, and 18

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## INDICTMENT

U.S. v. LORENZO LEE a/k/a "O.G.", et al.

### DEFENDANTS' CONTINUATION LIST
(Page 1 of 1)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**RS**

**CR19 0226**

JEFFREY MCCOY,
ANTHONY BROWN,
  a/k/a "Ant Man,"
DESHAWNTE GAMBOA,
DEBORAH POLK,
EVAN MARTINEZ-DIAZ,
MAGO AGUILAR-PACHECO,
CESAR ALVARADO,
JESSE LOPEZ, III,
JOSE DELGADILLO,
  a/k/a "Tepa,"
MARCO DELGADILLO,
  a/k/a "Tonio,"
LUIS TORRES-GARCIA,
  a/k/a "Guero," and
TIMOTHY PEOPLES,
  a/k/a "Tee,"

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

MAY 14 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RS

CR19 0226

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO LEE,<br>    a/k/a "O.G.,"<br>JEFFREY MCCOY,<br>ANTHONY BROWN,<br>    a/k/a "Ant Man,"<br>DESHAWNTE GAMBOA,<br>DEBORAH POLK,<br>EVAN MARTINEZ-DIAZ,<br>MAGO AGUILAR-PACHECO,<br>CESAR ALVARADO,<br>JESSE LOPEZ, III,<br>JOSE DELGADILLO,<br>    a/k/a "Tepa,"<br>MARCO DELGADILLO,<br>    a/k/a "Tonio,"<br>LUIS TORRES-GARCIA,<br>    a/k/a "Guero," and<br>TIMOTHY PEOPLES,<br>    a/k/a "Tee,"<br><br>    Defendants. | CASE NO.<br><br>VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Two Counts);<br>21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances (Seven Counts);<br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substances (Eight Counts);<br>21 U.S.C. § 856(a)(2) – Maintaining Drug-Involved Premises;<br>18 U.S.C. § 2 – Aiding and Abetting;<br>21 U.S.C. § 853 – Forfeiture Allegation<br><br>SAN FRANCISCO DIVISION |

INDICTMENT

1

INDICTMENT

2  <u>COUNT ONE:</u>  (21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute and Possess with

3  Intent to Distribute Cocaine, Cocaine Base, Heroin, Fentanyl, and Methamphetamine)

4  Beginning on or about August 30, 2017, and continuing to on or about April 30, 2019, in the

5  Northern District of California and elsewhere, the defendants,

6  LORENZO LEE,
a/k/a "O.G.,"
7  JEFFREY MCCOY,
ANTHONY BROWN,
8  a/k/a "Ant Man,"
DESHAWNTE GAMBOA,
9  DEBORAH POLK,
EVAN MARTINEZ-DIAZ,
10  MAGO AGUILAR-PACHECO,
CESAR ALVARADO,
11  and
JOSE DELGADILLO,
12  a/k/a "Tepa,"

13  and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

14  and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine,

15  its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, a

16  mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

17  substance, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

18  substance, a mixture and substance containing a detectable amount of fentanyl, a Schedule IV controlled

19  substance, and methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled

20  substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

21  With respect to LORENZO LEE, a/k/a "O.G.," his conduct as a member of the conspiracy,

22  which includes the reasonably foreseeable conduct of other members of the conspiracy, involved 28

23  grams and more of a mixture and substance containing a detectable amount of cocaine base, a Schedule

24  II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

25  100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I

26  controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), 500

27  grams and more of a mixture and substance containing a detectable amount of methamphetamine, its

28  salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United

INDICTMENT                                    2

1  States Code, Sections 841(a)(1) and (b)(1)(A), and 500 grams and more of a mixture and substance

2  containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its

3  isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

4  841(a)(1) and (b)(1)(B).

5      With respect to JEFFREY MCCOY, his conduct as a member of the conspiracy, which includes

6  the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams and more of

7  a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

8  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 100 grams

9  and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

10  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

11      With respect to ANTHONY BROWN, a/k/a "Ant Man," his conduct as a member of the

12  conspiracy, which includes the reasonably foreseeable conduct of other members of the conspiracy,

13  involved 28 grams and more of a mixture and substance containing a detectable amount of cocaine base,

14  a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

15  (b)(1)(B).

16      With respect to DESHAWNTE GAMBOA, his conduct as a member of the conspiracy, which

17  includes the reasonably foreseeable conduct of other members of the conspiracy, involved 100 grams

18  and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

19  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

20      With respect to EVAN MARTINEZ-DIAZ, his conduct as a member of the conspiracy, which

21  includes the reasonably foreseeable conduct of other members of the conspiracy, involved 500 grams

22  and more of a mixture and substance containing a detectable amount of methamphetamine, its salts,

23  isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United

24  States Code, Sections 841(a)(1) and (b)(1)(A), and 500 grams and more of a mixture and substance

25  containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its

26  isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

27  841(a)(1) and (b)(1)(B).

28      With respect to MAGO AGUILAR-PACHECO, his conduct as a member of the conspiracy,

INDICTMENT                                    3

1  which includes the reasonably foreseeable conduct of other members of the conspiracy, involved 500

2  grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical

3  and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title

4  21, United States Code, Sections 841(a)(1) and (b)(1)(B).

5       With respect to CESAR ALVARADO, his conduct as a member of the conspiracy, which

6  includes the reasonably foreseeable conduct of other members of the conspiracy, involved five

7  kilograms and more of a mixture and substance containing a detectable amount of cocaine, its salts,

8  optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation

9  of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), 100 grams and more of a mixture and

10  substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of

11  Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 500 grams and more of a mixture

12  and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its

13  isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

14  841(a)(1) and (b)(1)(A).

15       With respect to DEBORAH POLK, her conduct as a member of the conspiracy, which includes

16  the reasonably foreseeable conduct of other members of the conspiracy, involved 100 grams and more of

17  a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in

18  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

19  COUNT TWO:      (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of 28 Grams and More of a
                   Mixture and Substance Containing Cocaine Base)
20

21       On or about September 6, 2017, in the Northern District of California, the defendant,

22                          JEFFREY MCCOY,

23  did knowingly and intentionally distribute 28 grams and more of a mixture and substance containing a

24  detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United

25  States Code, Sections 841(a)(1) and (b)(1)(B).

26  COUNT THREE:      (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

27       On or about September 28, 2017, in the Northern District of California, the defendant,

28                          JEFFREY MCCOY,

INDICTMENT                          4

1   did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

2   heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections

3   841(a)(1) and (b)(1)(C).

4   <u>COUNT FOUR:</u>     (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Cocaine)

5       On or about November 2, 2017, in the Northern District of California, the defendants,

6                       JEFFREY MCCOY,
                         and

7                       LORENZO LEE,
                     a/k/a "O.G.,"

8

9   did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

10   cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled

11   substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18,

12   United States Code, Section 2.

13   <u>COUNT FIVE:</u>     (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

14       On or about December 7, 2017, in the Northern District of California, the defendant,

15                       JEFFREY MCCOY,

16   did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

17   heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections

18   841(a)(1) and (b)(1)(C).

19   <u>COUNT SIX:</u>     (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of 28 Grams and More of a
                 Mixture and Substance Containing Cocaine Base)

20

21       On or about January 11, 2018, in the Northern District of California, the defendant,

22                       JEFFREY MCCOY,

23   did knowingly and intentionally distribute 28 grams and more of a mixture and substance containing a

24   detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United

25   States Code, Sections 841(a)(1) and (b)(1)(B).

26   <u>COUNT SEVEN:</u>     (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of 28 Grams and More of a
                 Mixture and Substance Containing Cocaine Base)

27

28       On or about April 27, 2018, in the Northern District of California, the defendants,

INDICTMENT                 5

1
2
3
4

JEFFREY MCCOY,
LORENZO LEE,
a/k/a "O.G.,"
and
ANTHONY BROWN,
a/k/a "Ant Man,"

5 did knowingly and intentionally distribute 28 grams and more of a mixture and substance containing a

6 detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United

7 States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

8  COUNT EIGHT:        (21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute 400
                      Grams and More of a Mixture and Substance Containing a Detectable Amount of
9                     Fentanyl)

10      On or about May 15, 2018, in the Northern District of California, the defendant,

11                          JESSE LOPEZ, III,

12 did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and

13 substance containing a detectable amount of fentanyl, a Schedule IV controlled substance, in violation of

14 Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

15  COUNT NINE:         (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of 100 Grams and More of a
                       Mixture and Substance Containing a Detectable Amount of Heroin)
16

17      On or about August 13, 2018, in the Northern District of California, the defendants,

18                          JEFFREY MCCOY,
                                and
19                       DESHAWNTE GAMBOA,

20 did knowingly and intentionally distribute 100 grams and more of a mixture and substance containing a

21 detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States

22 Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

23  COUNT TEN: ·        (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and
                       Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance
24                     Containing a Detectable Amount of Methamphetamine)

25      Beginning on or about May 5, 2018, and continuing to on or about February 17, 2019, in the

26 Northern District of California and elsewhere, the defendants,

27                          JOSE DELGADILLO,
                             a/k/a "Tepa,"
28                       MARCO DELGADILLO,
                             a/k/a "Tonio,"

INDICTMENT                            6

1           and
        LUIS TORRES-GARCIA,
2          a/k/a "Guero,"

3 and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

4 and possess with the intent to distribute 500 grams and more of a mixture and substance containing a

5 detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II

6 controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and

7 (b)(1)(A).

8 COUNT ELEVEN:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute Five
                  Kilograms and More of a Mixture and Substance Containing a Detectable
9                   Amount of Cocaine)

10       On or about February 9, 2019, in the Northern District of California, the defendant,

11                   CESAR ALVARADO,

12 did knowingly and intentionally possess with intent to distribute five kilograms and more of a mixture

13 and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and

14 salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code,

15 Sections 841(a)(1) and (b)(1)(A).

16 COUNT TWELVE:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to
                  Distribute 100 Grams and More of a Mixture and Substance Containing a
17                   Detectable Amount of Heroin)

18       On or about February 9, 2019, in the Northern District of California, the defendant,

19                   CESAR ALVARADO,

20 did knowingly and intentionally possess with intent to distribute 100 grams and more of a mixture and

21 substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of

22 Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

23 COUNT THIRTEEN:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to
                  Distribute 500 Grams and More of a Mixture and Substance Containing a
24                   Detectable Amount of Methamphetamine)

25       On or about February 9, 2019, in the Northern District of California, the defendants,

26                   LORENZO LEE,
                  a/k/a "O.G.,"
27                   CESAR ALVARADO,
                   and
28             EVAN MARTINEZ-DIAZ,

INDICTMENT                7

1   did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and

2   substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its

3   isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

4   841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

5   <u>COUNT FOURTEEN</u>:          (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to
                                     Distribute 500 Grams and More of a Mixture and Substance Containing a
6                                    Detectable Amount of Cocaine)

7          On or about February 9, 2019, in the Northern District of California, the defendants,

8                                         LORENZO LEE,
                                           a/k/a "O.G.,"
9                                        CESAR ALVARADO,
                                               and
10                                     EVAN MARTINEZ-DIAZ,

11  did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and

12  substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts

13  of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

14  841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

15  <u>COUNT FIFTEEN</u>:           (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to
                                     Distribute Heroin)
16
17         On or about April 30, 2019, in the Northern District of California, the defendants,

                                          LORENZO LEE,
18                                         a/k/a "O.G.,"
                                               and
19                                        DEBORAH POLK,

20  did knowingly and intentionally possess with intent to distribute 100 grams and more of a mixture and

21  substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of

22  Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section

23  2.

24  <u>COUNT SIXTEEN</u>:    (21 U.S.C. § 856(a)(2) – Maintaining Drug-Involved Premises)

25         On or about April 30, 2019, in the Northern District of California, the defendant,

26                                        DEBORAH POLK,

27  did unlawfully, knowingly and intentionally manage and control a house at 3412 Serpentine Dr.,

28  Antioch, California, as an owner, lessee, agent, employee, occupant, and mortgagee, and made available

1  for use, with or without compensation, said place for the purpose of unlawfully manufacturing, storing,

2  and distributing a mixture and substance containing a detectable amount of heroin, a Schedule I

3  controlled substance, in violation of Title 21, United States Code, Section 856(a)(2).

4  <u>COUNT SEVENTEEN:</u>  (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to

5  Distribute 28 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base)

6  On or about April 30, 2019, in the Northern District of California, the defendant,

7  TIMOTHY PEOPLES,
   a/k/a "Tee,"

8

9  did knowingly and intentionally possess with intent to distribute 28 grams and more of a mixture and

10  substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in

11  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

12  <u>COUNT EIGHTEEN:</u>  (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to

13  Distribute Cocaine)

14  On or about April 30, 2019, in the Northern District of California, the defendant,

15  TIMOTHY PEOPLES,
   a/k/a "Tee,"

16

17  did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

18  detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a

19  Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

20  (b)(1)(C).

21  <u>FORFEITURE ALLEGATION:</u>  (21 U.S.C. § 853(a))

22  The allegations contained above are hereby re-alleged and incorporated by reference for the

23  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

24  Upon conviction of any of the offenses set forth in this Indictment, the defendants,

25  LORENZO LEE,
   a/k/a "O.G.,"

26  JEFFREY MCCOY,
   ANTHONY BROWN,

27  a/k/a "Ant Man,"
   DESHAWNTE GAMBOA,

28  DEBORAH POLK,
   EVAN MARTINEZ-DIAZ,

INDICTMENT                                          9

1
2
3
4
5
6
7

MAGO AGUILAR-PACHECO,
CESAR ALVARADO,
JESSE LOPEZ, III,
JOSE DELGADILLO,
a/k/a "Tepa,"
MARCO DELGADILLO,
a/k/a "Tonio,"
LUIS TORRES-GARCIA,
a/k/a "Guero,"
and
TIMOTHY PEOPLES,
a/k/a "Tee,"

8  shall forfeit to the United States all right, title, and interest in any property constituting and derived from

9  any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property

10  used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such

11  violations.

12    If any of the property described above, as a result of any act or omission of the defendants:

13    a.    cannot be located upon exercise of due diligence;

14    b.    has been transferred or sold to, or deposited with, a third party;

15    c.    has been placed beyond the jurisdiction of the court;

16    d.    has been substantially diminished in value; or

17    e.    has been commingled with other property which cannot be divided without

18        difficulty,

19  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

20  United States Code, Section 853(p).

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

INDICTMENT                                    10

1    All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

2  Procedure 32.2.

3  DATED: *MAY 14, 2019*                                A TRUE BILL.

4

5                                                                                        _____

6                                                                                        FOREPERSON

7  DAVID L. ANDERSON
   United States Attorney
8

9  _____

10  CASEY BOOME
    Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28