STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENZO LEE, <br> JEFFREY MCCOY, <br> JESSE LOPEZ, III, <br> TIMOTHY PEOPLES, <br> EVAN MARTINEZ-DIAZ, <br><br> Defendants. | No. CR19-226 RS <br><br> **STIPULATION TO CONTINUE MAY 11, 2021 STATUS CONFERENCE TO JUNE 15, 2021 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER** |

    The parties appeared before the Court on March 30, 2021 for a status conference. Defense counsel for Lorenzo Lee, Gail Shifman, notified the Court that she was scheduled for surgery and would not be able to work for a period during her recovery. Defense counsel has only recently returned to work, is not yet working full-time, and needs additional time to review the discovery, including wiretap materials, in this case, and to meet with, and discuss the discovery with her client. The parties therefore stipulate and request that the Court continue the status conference set for May 11, 2021 to June 15, 2021 to allow for effective preparation of counsel.

    The parties stipulate and agree that:

STIP AND PROPOSED ORDER                       1                       v. 7/10/2018

1. The status conference set for May 11, 2021 should be continued to June 15, 2021 to provide time for defense counsel to review discovery.
2. The time from May 11, 2021 through June 15, 2021 should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: May 10, 2021               Respectfully submitted,

                                  STEPHANIE M. HINDS
                                  Acting United States Attorney

                                  /s/
                                  DANIEL PASTOR
                                  Assistant United States Attorney

DATED: May 10, 2021               /s/
                                  GAIL SHIFMAN
                                  Counsel for Defendant Lorenzo Lee

DATED: May 10, 2021               /s/
                                  ERICK L. GUZMAN
                                  Counsel for Defendant Jesse Lopez, III

DATED: May 10, 2021               /s/
                                  KENNETH WINE
                                  Counsel for Defendant Jeffrey McCoy

DATED: May 10, 2021               /s/
                                  KATHY LYNN TROSCLAIR
                                  Counsel for Defendant Timothy Peoples

DATED: May 10, 2021               /s/
                                  ARTURO HERNANDEZ
                                  Counsel for Defendant Evan Martinez-Diaz

# ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from May 11, 2021 through June 15, 2021, is warranted because failure to grant the requested exclusion would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(7)(A).

The status conference set for May 11, 2021 is rescheduled to June 15, 2021 at 2:30 p.m.

DATED: May 10, 2021

HON. RICHARD SEEBORG
Chief United States District Judge