GAIL SHIFMAN (CABN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Telephone:    (415) 551-1500
Facsimile:    (415) 551-1502
Email:        gail@shifmangroup.com

Attorney for Defendant
LORENZO LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0226 RS |
| Plaintiff, | **STIPULATION REGARDING FILING DATES, CONTINUING HEARING DATE AND ORDER CONTINUING HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AS MODIFIED BY THE COURT** |
| v. | |
| LORENZO LEE, JESSE LOPEZ, III, EVAN MARTINEZ DIAZ, TIMOTHY PEOPLES, | |
| Defendants. | |

The parties last appeared before the Court on October 19, 2021 for a status conference where a briefing schedule and hearing was set for wiretap motions.  The government and Mr. Lee are discussing possible resolution of the case and need additional time for discussions.  To facilitate these discussions and to preserve the expenditure of unnecessary CJA funds while they take place and for the continued review of discovery by the defense, the parties stipulate to the following motion schedule:

Motions to Suppress Wiretaps – Defense

| | |
|---|---|
| Defense | February 15, 2022 |
| Government | March 22, 2022 |
| Replies | April 5, 2022. |

The parties further stipulate to continue the motion hearing currently scheduled on March 22, 2022 until May 10, 2022 at 9:30 a.m. and further agree that the time from March 22, 2022 through May 10, 2022 should be excluded under the Speedy Trial Act because failure to grant the requested continuance

STIP AND PROPOSED ORDER                    1

1  would deny defense counsel the reasonable time necessary for effective preparation, taking into account

2  the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting

3  the requested continuance outweigh the best interests of the public and the defendant in a speedy trial

4  and in the prompt disposition of criminal cases.  *See id.* § 3161(h)(7)(A).

5         IT IS SO STIPULATED.

6  DATED: January 10, 2022                           Respectfully submitted,

7                                                    STEPHANIE M. HINDS
                                                     United States Attorney
8

9                                                    _____/s/_____
                                                     DANIEL PASTOR
10                                                   Assistant United States Attorney

11

12 DATED: January 10, 2022                           _____/s/_____
                                                     GAIL SHIFMAN
13                                                   Counsel for Defendant Lorenzo Lee

14 DATED: January 10, 2022                           _____/s/_____
                                                     ERICK L. GUZMAN
15                                                   Counsel for Defendant Jesse Lopez, III

16

17 DATED: January 10, 2022                           _____/s/_____
                                                     ARTURO HERNANDEZ
18                                                   Counsel for Defendant Timothy Peoples

19

20 DATED: January 10, 2022                           _____/s/_____
                                                     KATHY LYNN TROSCLAIR
                                                     Counsel for Defendant Timothy Peoples
21

22

23

24

25

26

27

28

STIP AND PROPOSED ORDER                            2

1

## ORDER

2          Based upon the facts set forth in the stipulation of the parties and for good cause shown,

3          The Court adopts the following motion schedule:

4              Motions to Suppress Wiretaps – Defense

5              Defense                                    February 15, 2022
               Government                                 March 22, 2022
6              Replies                                    April 5, 2022.

7      Further, the motion hearing set for March 22, 2022 is continued to May 10, 2022 at 9:30 a.m.,

8          And the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the

9      Speedy Trial Act) for the period from March 22, 2022 through May 10, 2022, is warranted because

10     failure to grant the requested exclusion would unreasonably deny defense counsel the reasonable time

11     necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

12     § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by granting the requested

13     continuance outweigh the best interests of the public and the defendants in a speedy trial and in the

14     prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(7)(A).

15         IT IS SO ORDERED.

16

17     DATED: January 11, 2022                    _____
                                                  HON. RICHARD SEEBORG
18                                                Chief United States District Judge

19

20

21

22

23

24

25

26

27

28