STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO LEE,<br>EVAN MARTINEZ-DIAZ,<br>JESSE LOPEZ, III,<br>TIMOTHY PEOPLES,<br><br>    Defendants. | No. CR 19-226-RS<br><br>**STIPULATION AND ORDER TO VACATE STATUS HEARING ON NOVEMBER 15, 2022 AND TO EXCLUDE TIME BETWEEN NOVEMBER 15, 2022 AND FEBRUARY 13, 2023** |

The parties are continuing work toward negotiated resolutions of these matters. The parties have consulted and agree that there is no need for the scheduled appearance on November 15, 2022. Therefore, the parties hereby stipulate to vacate the status on November 15, 2022 and to exclude time under the Speedy Trial Act for effective preparation of counsel from November 15, 2022 through February 13, 2023 when trial is scheduled to begin. *See* 18 U.S.C. § 3161(h)(7)(A). Failure to exclude time would deny the defendants and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Undersigned counsel agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and this defendants' right to

1  a speedy trial and merit the exclusion of time.

2      IT IS SO STIPULATED.

3  DATED: November 14, 2022

4                                    STEPHANIE M. HINDS
   United States Attorney

5

6                                    __/s/_____
   DANIEL PASTOR
   Assistant United States Attorney

7

8  DATED: November 14, 2022              _____/s/_____
   GAIL SHIFMAN

9     Counsel for Defendant Lorenzo Lee

10

11  DATED: November 14, 2022             _____/s/_____
   ERICK L. GUZMAN
   Counsel for Defendant Jesse Lopez, III

12

13
14  DATED: November 14, 2022             _____/s/_____
   ARTURO HERNANDEZ
   Counsel for Evan Martinez Diaz

15

16  DATED: November 14, 2022             _____/s/_____
   BRIAN BERSON

17    Counsel for Defendant Timothy Peoples

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO VACATE STATUS HEARING ON NOVEMBER 15, 2022 AND TO EXCLUDE TIME THROUGH FEBRUARY 13, 2023.**

2

**ORDER**

Based upon the facts set forth above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from November 15, 2022 through February 13, 2023, is warranted because failure to grant the requested exclusion would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(7)(A).

The status conference set for November 15, 2022 is taken off calendar.

DATED:  November 14, 2022

_____
HON. RICHARD SEEBORG
Chief United States District Judge