1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Tel:    (415) 436-7200
7       Fax:    (415) 436-7234
        daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. CR 19-226-RS
                                           )
14       Plaintiff,                        )  **STIPULATION TO CONTINUE FEBRUARY 13,**
                                           )  **2023 TRIAL DATE TO APRIL 17, 2023 AND TO**
15       v.                                )  **SET PRETRIAL DEADLINES; ORDER**
                                           )
16  LORENZO LEE,                           )
    JESSE LOPEZ III,                       )
17  EVAN MARTINEZ-DIAZ                      )
    and TIMOTHY PEOPLES,                   )
18                                         )
         Defendants.                       )
19  _____    )

20       It is hereby stipulated by and between counsel for the United States and counsel for defendants

21  Lorenzo Lee, Jesse Lopez III, Evan Martinez-Diaz, and Timothy Peoples that the trial of this case

22  should be continued from February 13, 2023 to April 17, 2023. The parties anticipate that 5 days of trial

23  time will be needed if all of the current defendants proceed to trial.  The parties further stipulate and

24  request that the pretrial deadlines listed in the table below be set. The parties also stipulate and request

25  that time be excluded under the Speedy Trial Act from February 13, 2023 through April 17, 2023 for the

26  effective preparation of counsel.

27

28

   STIP. TO CONTINUE TRIAL DATE AND TO SET
   PRETRIAL DEADLINES                              1
   CR 19-226-RS

| Event | Deadline |
|---|---|
| *Brady* material (if any) | February 7, 2023 |
| Rule 16 Materials by All Parties<br>Gov. Expert Discovery Disclosure<br>*Giglio/Henthorn* Material | February 28, 2023 |
| Gov. Exhibit Lists<br>Gov. Witness Lists<br>Jury Questionnaire | March 8, 2023 |
| Motions in Limine<br>Joint Pretrial Statement<br>Voir Dire Questions | March 22, 2023 |
| Oppositions to Motions in Limine<br>Defense Expert Disclosures (if any) | March 29, 2023 |
| Pretrial Conference and Hearing on Motions in Limine<br>Proposed Jury Instructions to be Filed<br>Proposed Verdict Form to be Filed | April 4, 2023 |
| Trial Exhibits Lodged with Court<br>Trial Briefs | April 10, 2023 |
| Exchange Opening Statement Demonstratives (if any) | April 14, 2023 |
| Trial / Jury Selection | April 17, 2023 |

IT IS SO STIPULATED

DATED:  January 13, 2023

STEPHANIE M. HINDS
United States Attorney


__/s/_____
DANIEL PASTOR
Assistant United States Attorney

DATED:  January 13, 2023                    _____/s/_____
GAIL SHIFMAN
Counsel for Defendant Lorenzo Lee

DATED:  January 13, 2023                    _____/s/_____
ERICK L. GUZMAN
Counsel for Defendant Jesse Lopez, III

DATED:  January 13, 2023                    _____/s/_____
ARTURO HERNANDEZ
Counsel for Evan Martinez Diaz

DATED:  January 13, 2023                    _____/s/_____
BRIAN BERSON
Counsel for Defendant Timothy Peoples

**ORDER**

Pursuant to stipulation, the trial date of February 13, 2023 is continued to April 17, 2023.  The Court sets the stipulated pretrial deadlines proposed in the above stipulation.

The Court hereby finds that the exclusion of time from February 13, 2023 through April 17, 2023 is warranted and that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from February 13, 2023 through and including April 17, 2023 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: 1/13/2023

HON. RICHARD SEEBORG
Chief United States District Judge