STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR19-226-RS |
|     Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE FROM APRIL 17, 2023 TO OCTOBER 2, 2023 AND TO EXCLUDE TIME FROM APRIL 17, 2023 THROUGH OCTOBER 2, 2023; ORDER |
|     v. | |
| LORENZO LEE, EVAN MARTINEZ-DIAZ, JESSE LOPEZ, III, TIMOTHY PEOPLES, LUIS TORRES GARCIA, | |
|     Defendants. | |

The Court has indicated that it is not available for trial on April 17, 2023 and directed the parties select a new trial date.  The parties have met and conferred and request that the current trial date be vacated and a new trial date be set for October 2, 2023.

The government is ready proceed to trial.  Defendants Lorenzo Lee, Jesse Lopez, Evan Martinez-Diaz, and Timothy Peoples are out of custody and agree that time should be excluded under the Speedy Trial Act for effective preparation of counsel.  Defendant Torres Garcia made his initial appearance on or about January 31, 2023 and was later released.  Defense counsel is evaluating whether Torres Garcia will be ready for trial on October 2, 2023. Counsel for defendant Torres Garcia takes no position on

STIPULATION
CR 19-226-RS
1

1  whether time should be excluded beyond his next status date of April 25, 2023 but will be prepared to

2  provide his position at the April 25, 2023 status.

3         The parties (with the exception of defendant Torres Garcia noted above) hereby stipulate and

4  agree that time should be excluded under the Speedy Trial Act from April 17, 2023 through October 2,

5  2023 for effective preparation of counsel taking into account the exercise of due diligence. The parties

6  agree that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for

7  the period from April 17, 2023 through October 2, 2023, is warranted and that the ends of justice served

8  by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

9         IT IS SO STIPULATED

10                                              STEPHANIE M. HINDS
                                                United States Attorney
11

12  Dated: March 14, 2023                       ____/s/_____
                                                DANIEL PASTOR
13                                              JOSEPH TARTAKOVSKY
                                                Assistant United States Attorneys
14

15  Dated: March 14, 2023                       _____/s/_____
                                                GAIL SHIFMAN
16                                              Counsel for Defendant Lorenzo Lee

17

18  Dated: March 14, 2023                       _____/s/_____
                                                ERICK GUZMAN
19                                              Counsel for Defendant Jesse Lopez III

20

21  Dated: March 14, 2023                       _____/s/_____
                                                ARTURO HERNANDEZ
22                                              Counsel for Defendant Evan Martinez Diaz

23  Dated: March 14, 2023                       _____/s/_____
                                                BRIAN BERSON
24                                              Counsel for Defendant Timothy Peoples

25  Dated: March 14, 2023                       _____/s/_____
                                                PETER ARIAN
26                                              Counsel for Defendant Luis Torres Garcia

27

28

STIPULATION                                2
CR 19-226-RS

1

**ORDER**

2     Based upon the facts set forth above, and for good cause shown, the Court finds that exclusion

3 from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from April

4 17, 2023 through October 2, 2023, is warranted and that the ends of justice served by the continuance

5 outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6 The failure to grant the requested continuance would deny the defendants the effective preparation of

7 counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

8     IT IS HEREBY ORDERED THAT the time from April 17, 2023 through October 2, 2023 shall

9 be excluded from computation under the Speedy Trial Act.

10     Pursuant to the parties' stipulation, the April 17, 2023 trial date is vacated.  The trial date for this

11 case is rescheduled to October 2, 2023.

12

13

14 DATED: __March 14, 2023_____

15                                                    HON. RICHARD SEEBORG
                                                    Chief United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28